**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00691-REB

ALICIA M. BROWN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    This matter is before me on **Plaintiff's Unopposed Motion for Dismissal of Appeal of Commissioner Denial of Social Security Benefits** [#17],[1] filed December 8, 2015.  After careful review of the motion and the file, I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That **Plaintiff's Unopposed Motion for Dismissal of Appeal of Commissioner Denial of Social Security Benefits** [#17], filed December 8, 2015, is granted; and

    2.  That this action is dismissed with prejudice, with the parties to pay their own attorney fees and costs.

---

[1]  "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated December 8, 2015, at Denver, Colorado.

                                        **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge